HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
CARLOS MARTINEZ-DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00122 MCE |
|---|---|
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CARLOS MARTINEZ-DUARTE & MARCO CABRERA-SAGRERO, | |
| Defendants. | Date: September 14, 201<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendants, Carlos Martinez-Duarte and Marco Cabrera-Sagrero, and plaintiff, United States of America, that the status conference scheduled for September 14, 2017, may be continued to October 26, 2017, at 10:00 a.m.

The parties have received audio, video, and written discovery but seek additional time to review discovery with their clients before they determine how best to proceed. Accordingly, they ask the Court to exclude time from the date of this order through

-1-

October 26, 2017, to give them adequate time to prepare.  The parties further ask to exclude time under the Speedy Trial Act from the date of this order through October 26, 2017, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

                Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  September 13, 2017        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CARLOS MARTINEZ-DUARTE

/s/ T. Zindel for Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for MARCO CABRERA-SAGRERO

PHILLIP A. TALBERT
United States Attorney

Dated:  September 13, 2017        /s/  T. Zindel for C. Desmond
CAMERON DESMOND
Assistant U.S. Attorney

**O R D E R**

The status conference set for September 14, 2017, is continued to October 26, 2017, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 26, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 14, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE