CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Marco Cabrera-Sagrero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ-DUARTE, et al.,<br><br>Defendants. | Cas No.: 17-122 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:  October 26, 2017<br>Time:  10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

 IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for MARCO CABRERA-SAGRERO, and Timothy Zindel, Counsel for CARLOS MARTINEZ-DUARTE, that the status conference currently scheduled for October 26, 2017, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on November 30, 2017, at 10:00 a.m.   The government has recently provided defense counsel with plea agreements.  Counsel will require additional time to confer with their respective clients and conduct further investigation, as necessary.

 IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, 2) time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from

17cr122.so.1025.docx

1

computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   October 24, 2017        /S/   Cameron Desmond
                                 PHILLIP A. TALBERT
                                 by CAMERON DESMOND
                                 Attorney for Plaintiff

                                 /S/   Timothy Zindel
                                 TIMOTHY ZINDEL
                                 Attorney for Carlos Martinez-Duarte

                                 /S/   Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Marco Cabrera-Sagrero

## ORDER

It is hereby ordered that the status conference in the above-entitled matter, scheduled for October 26, 2017, at 10:00 a.m., be vacated and the matter continued to November 30, 2017, at 10:00 a.m.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:  October 26, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

17cr122.so.1025.docx