CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Marco Cabrera-Sagrero

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ-DUARTE, et al.,<br><br>Defendants. | Case No.: 17-122 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date: November 30, 2017<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for MARCO CABRERA-SAGRERO, and Timothy Zindel, Counsel for CARLOS MARTINEZ-DUARTE, that the status conference currently scheduled for November 30, 2017, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 11, 2018, at 10:00 a.m.   The government has provided defense counsel with plea agreements.  The parties require additional time to review the evidence, conduct investigation and legal research, confer with their respective clients, and otherwise prepare for trial.

    IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into

17cr122.so.1130.docx

1

account the exercise of due diligence, 2) time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 28, 2017

/S/ Cameron Desmond
PHILLIP A. TALBERT
by CAMERON DESMOND
Attorney for Plaintiff

/S/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Carlos Martinez-Duarte

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Marco Cabrera-Sagrero

## ORDER

It is hereby ordered that the November 30, 2017, status conference in the above-entitled matter is VACATED and CONTINUED to January 11, 2018, at 10:00 a.m. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: November 30, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE