CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Marco Cabrera-Sagrero

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ-DUARTE, et al.,<br><br>Defendants. | Cas No.: 17-122 MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date: January 11, 2018<br>Time: 10:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and attorneys Clemente M. Jiménez, Counsel for MARCO CABRERA-SAGRERO, and Timothy Zindel, Counsel for CARLOS MARTINEZ-DUARTE, that the status conference currently scheduled for January 11, 2018, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on February 22, 2018, at 10:00 a.m. The government has provided defense counsel with plea agreements, but the parties require additional time for review of evidence, to conduct further investigation, to prepare for trial, and to confer with their respective clients.

IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, 2) time within which the trial of this case must be

17cr122.so.0110.docx

1

commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: January 9, 2018  /S/ Cameron Desmond
McGregor Scott
by CAMERON DESMOND
Attorney for Plaintiff

/S/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Carlos Martinez-Duarte

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Marco Cabrera-Sagrero

**ORDER**

It is hereby ordered that the status conference in the above-entitled matter, scheduled for January 11, 2018, at 10:00 a.m., is VACATED and CONTINUED to February 22, 2018, at 10:00 a.m. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: January 10, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE