HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
CARLOS MARTINEZ-DUARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MARTINEZ-DUARTE &<br>MARCO CABRERA-SAGRERO,<br><br>Defendants. | Case No. 2:17-CR-00122 MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: February 22, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

    It is hereby stipulated and agreed between defendants, Carlos Martinez-Duarte and Marco Cabrera-Sagrero, and plaintiff, United States of America, that the status conference scheduled for February 22, 2018, may be continued to March 8, 2018, at 10:00 a.m.

    The parties have received discovery but seek additional time to consult with their clients before they determine how best to proceed. The parties are also determining whether the defendants would qualify for sentencing under the safety valve provision of

18 U.S.C. § 3553 in the event of a conviction.  Accordingly, they ask the Court to exclude time from the date of this order through March 8, 2018, to give them adequate time to prepare.  The parties further ask to exclude time under the Speedy Trial Act from the date of this order through March 8, 2018, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 20, 2018        /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for CARLOS MARTINEZ-DUARTE

Dated:  February 20, 2018        /s/ T. Zindel for Clemente Jimenez
                                 CLEMENTE JIMENEZ
                                 Attorney for MARCO CABRERA-SAGRERO

                                 McGREGOR SCOTT
                                 United States Attorney

Dated:  Februqary 20, 2018       /s/  T. Zindel for C. Desmond
                                 CAMERON DESMOND
                                 Assistant U.S. Attorney

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

**O R D E R**

The status conference is continued to March 8, 2018, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 8, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE